

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Cara Dawn Gambini v. The State of Texas

Appellate case number:   01-12-00395-CR

Trial court case number: 1772383

Trial court:             County Criminal Court at Law No. 14 of Harris County

      A supplemental clerk's record containing the trial court's certification of appellant's right to appeal has been filed in this Court. Therefore, we order the appeal **reinstated**.

      Appellant's brief has been filed. Appellee's brief is due 30 days from the date of this order.

      It is so ORDERED.

Judge's signature: /s/ Justice Michael Massengale
      ☑ Acting individually    ☐ Acting for the Court

Date: October 9, 2012